Daniel P. McNerney (DM 1785)
McNERNEY & MCAULIFFE
20 Court Street
Hackensack, NJ 07601
(201) 525-1980
(201) 525-1981 [facsimile]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| AVALON PRODUCTS, INC. | |
| Plaintiff, | |
| v. | Civil Action No. |
| | 02-6154 (DMC) |
| HYGICARE LTDA., | |
| HYGICARE INDÚSTRIA E COMÉRCIO LTDA., | |
| JAN CLAUDIUS KNIZEK, and | DOCUMENT ELECTRONCALLY |
| JOSE EURIPIDES CAMARANO | FILED |
|   a/k/a EURIPIDES CAMARANO, | |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

This is to certify that on this 24th day of November, 2008, I caused a copy of the Plaintiff's MOTION FOR ENTRY OF LETTER ROGATORY RE ENFORCEMENT OF JUDGMENT AND CERTIFICATION OF FINALITY to be served on the following by first class mail, postage prepaid.

>Jan Claudius Knizek
>Rua Alberto Hodge, 797
>Alto da Boa Vista
>Sao Paulo  CEPL 04740-020 – SP
>Brazil

>Chuinas Hihiene e Limpeza Ltda. (Hygicare, Ltda.)
>Rua Giane, 210
>Jardim Giane
>Vargem Grande Paulista
>Sao Paulo, CEP 06730-000
>Brazil

        Jose Euripides Camarano
        Rua Dolores Duran, 82
        Parque Beira Mar
        Duque de Caxias, RJ, CEP: 25085-440
        Brazil

                              _s/ Daniel P. McNerney_____
                              Daniel P. McNerney (DM 1785)
                              McNERNEY & MCAULIFFE
                              20 Court Street
                              Hackensack, NJ  07601
                              (201) 525-1980
                              (201) 525-1981 [facsimile]

Of counsel:

Daniel M. Press, Esq.
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800